**No. 42185.**—Protests 979129–G, etc., of Young's Market Co. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstracts 36724 and 38185 the protests were sustained.

**No. 42186.**—Protests 982679–G, etc., of Kraft Phenix Cheese Corp. et al. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstracts 36724 and 38185 the protests were sustained.

**No. 42187.**—Protests 990947–G, etc., of Blum Bros. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstracts 40880 and 39667 and *Locatelli* v. *United States* (T. D. 49389) it was held that an allowance should have been made for the weight of the foreign substances on the outside of the cheese.

**No. 42188.**—Protests 989126–G, etc., of Ossola Bros., Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstracts 40880 and 39667 and *Locatelli* v. *United States* (T. D. 49389) the protests were sustained.

**No. 42189.**—Protests 581374–G, etc., of Bartole Bendin, Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstracts 40880 and *Locatelli* v. *United States* (T. D. 49389) the protests were sustained.

**No. 42190.**—Protests 629709–G, etc., of Ossola Bros. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.

**No. 42191.**—Protests 602765–G, etc., of C. Ascione, Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.